| | |
|---|---|
| 1 | Thomas Ryan (SBN 143148) |
| | tryan@mwe.com |
| 2 | Jason Strabo (SBN 246426) |
| | jstrabo@mwe.com |
| 3 | Irene Le (SBN 325503) |
| | Ile@mwe.com |
| 4 | **McDERMOTT WILL & EMERY LLP** |
| | 2049 Century Park East |
| 5 | Suite 3200 |
| | Los Angeles, CA 90067-3206 |
| 6 | Telephone: +1 310 277 4110 |
| | Facsimile: +1 310 277 4730 |
| 7 | |
| 8 | Attorneys for Defendants |
| | ENVISION HEALTHCARE CORPORATION |
| | AND ENVISION PHYSICIAN SERVICES, |
| 9 | L.L.C. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| AMERICAN ACADEMY OF EMERGENCY MEDICINE PHYSICIAN GROUP, INC., a Wisconsin Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENVISION HEALTHCARE CORPORATION; a Delaware Corporation; ENVISION PHYSICIAN SERVICES L.L.C.; a Delaware Limited Liability corporation doing business in California and DOES 1-100,<br><br>Defendants. | CASE NO. 3:22-cv-00421-AGT<br><br>**DEFENDANTS' <u>UPDATED</u> NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO DISMISS PURSUANT TO RULES 12(B)(1) AND 12(B)(6) OR, ALTERNATIVELY, STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(F) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Hearing Date: March 31, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 6, 17th Floor<br>Judge: Hon. Charles R. Breyer<br><br>PER CIVIL L.R. 7-6, NO ORAL ARGUMENT UNLESS SEPARATELY ORDER BY THE COURT |

# UPDATED NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT

PLEASE TAKE NOTICE that the hearing on Defendants Envision Healthcare Corporation and Envision Physician Services, LLC's (collectively, "Defendants") Motion to Dismiss Pursuant to Rules 12(B)(1) and 12(B)(6) or, Alternatively, Strike Plaintiff's Complaint Pursuant to Rule 12(F) of the Federal Rules of Civil Procedure (Dkt. No. 11) previously scheduled for March 4, 2022 at 10:00 a.m. in the courtroom of Honorable Alex G. Tse, United States Magistrate Judge, in the United States District Court for the Northern District of California, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom A, 15th Floor, San Francisco California, has been **rescheduled to March 31, 2022 at 10:00 a.m**., in the courtroom of Honorable Charles R. Breyer, United States District Judge, in the United States District Court for the Northern District of California, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom 6, 17th Floor, San Francisco California. This updated notice is being provided in accordance with order of the Court. (*See* Dkt. Nos. 14, 16.)

Dated: February 11, 2022      **McDERMOTT WILL & EMERY LLP**

By:    */s/ Jason D. Strabo*
        JASON D. STRABO
        Attorneys for Defendants
        ENVISION HEALTHCARE CORPORATION AND ENVISION PHYSICIAN SERVICES, L.L.C.