| | |
|---|---|
| 1 | DAVID J. MILLSTEIN, ESQ. (CSB# 87878) |
| 2 | JASON E. FELLNER, ESQ (CSB #245364) |
|   | GERALD S. RICHELSON, ESQ. (CSB #267705) |
| 3 | MILLSTEIN FELLNER LLP |
|   | 100 The Embarcadero, Penthouse |
| 4 | San Francisco, CA 94105 |
|   | Telephone: (415) 348-0348 |
| 5 | Facsimile:  (415) 348-0336 |
|   | dmillstein@millsteinfellner.com |
| 6 | jfellner@millsteinfellner.com |
| 7 | grichelson@millsteinfellner.com |

**Attorneys for Plaintiff:**
AMERICAN ACADEMY OF
EMERGENCY MEDICINE PHYSICIAN
GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| AMERICAN ACADEMY OF EMERGENCY MEDICINE PHYSICIAN GROUP, INC., a Wisconsin Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ENVISION HEALTHCARE CORPORATION; A Delaware Corporation; ENVISION PHYSICIAN SERVICES L.L.C.;  a Delaware Limited Liability Corporation doing business in California and DOES 1-100,<br><br>Defendants. | Case No.: 3:22-cv-00421-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO 79-5(f)**<br> ORDER<br><br><br>Complaint Filed: December 20, 2021 |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff AMERICAN ACADEMY OF EMERGENCY MEDICINE PHYSICIAN GROUP, INC. ("Plaintiff") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed with respect to certain portions of Plaintiffs First Amended Complaint, which references information contained in Defendants ENVISION HEALTHCARE CORPORATION and ENVISION PHYSICIAN SERVICES L.L.C.'s ("Defendants") Exhibits A and B in support of their motion to remove, filed provisionally under seal. The parties have yet to enter into a protective order in the present matter. Plaintiff itself does not seek to seal any portion of its First Amended Complaint, but is filing it in redacted form because it references material designated confidential by Defendants in their pending administrative motion to seal, which Plaintiff has opposed.

| Documents for Consideration |
|---|
| Plaintiffs First Amended Complaint. |

Plaintiff has provisionally filed the information under seal to comply with Civ. L. R. 79-5(f) and to give Defendants the opportunity to argue the merits of this issue.

Date: February 18, 2022                              **MILLSTEIN FELLNER LLP**

By:  */s/ Gerald S. Richelson*
David J. Millstein, Esq.
Gerald S. Richelson, Esq.

Date: February 28, 2022

Attorneys for PLAINTIFF
AMERICAN ACADEMY OF
EMERGENCY MEDICINE PHYSICIAN
GROUP, INC.

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED PURSUANT TO 79-5(f)  - 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
~~OAKLAND DIVISION~~
CASE NO. 3:22-cv-00421-CRB