# EXHIBIT A

JEREMY LEWIN (Ill. Bar. No. 6269242)
RONALD S. CONNELLY (DC Bar No. 488298)
Applying pro hac vice
POWERS PYLES SUTTER & VERVILLE, PC
1501 M Street, N.W., 7th Floor
Washington, DC 20005
Telephone:     (202) 466-6550
Facsimile:      (202) 785-1756
Email: ron.connelly@ppsv.com

DICK A. SEMERDJIAN, ESQ. (SBN123630)
SCHWARTZ SEMERDJIAN CAULEY & EVANS LLP
101 West Broadway, Suite 810
San Diego, CA 92101-8229
Telephone: (310) 550-8857
Facsimile: (310) 556-0846
Email: das@ssbclaw.Com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ACADEMY OF EMERGENCY MEDICINE PHYSICIAN GROUP, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>ENVISION HEALTHCARE CORPORATION<br><br>*Defendant*. | Case No. 3:22-cv-00421-CRB<br><br>**DECLARATION OF** Angela Cai<br><br>**IN SUPPORT OF** Brief of Amicus Curiae American College of Emergency Physicians |

# DECLARATION OF ANGELA CAI, MD, MBA

I, Angela Cai, hereby solemnly declare:

1. I am President of the Emergency Medicine Residents' Association. I am over the age of 18 and I am a citizen of the United States. I submit this declaration in support of the amicus curiae brief of the American College of Emergency Physicians ("ACEP") submitted in the action entitled *American Academy of Emergency Medicine Physician Group, Inc. v. Envision Healthcare Corporation and Envision Physician Services LLC* in the federal district court for the Northern District of California, case no. 3:22-cv-00421-CRB. Unless otherwise indicated, I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would competently testify thereto.

2. The Emergency Medicine Residents' Association ("EMRA") is the oldest and largest resident association in the world. Founded in 1974, EMRA has over 17,000 resident, medical student, fellow and alumni members. EMRA's mission is to be the voice of emergency medicine physicians-in-training. EMRA helps its members become the best doctors and leaders while advocating for the specialty on behalf of the trainee voice.

3. EMRA has closely followed issues related to the Corporate Practice of Medicine ("CPOM"). EMRA recognizes the potential impact of CPOM on physician autonomy and the dangers of placing corporate profits over patients. These issues are critically important to EMRA's members as they begin their medical careers.

4. I am familiar with the points made by ACEP in its amicus curiae brief regarding CPOM and the risks it poses to physician autonomy and quality of care. EMRA shares ACEP's belief that medical decisions must be made by physicians and opposes any practice structure, regardless of practice size or funding source, that threatens physician autonomy, the physician-patient relationship, or the ability of the physician to place the needs of patients over corporate profits.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 25th day of March 2022 in Dallas County Texas.

Signature: *Angela G. Cai*

Printed name: Angela G. Cai

4950 W. Royal Lane Irving, TX 75063