Alicia F. Wagnon (SBN #152220)
Joseph M. Cachuela (SBN #285081)
Lance M. Martin (SBN #294457)
CALIFORNIA MEDICAL ASSOCIATION
CENTER FOR LEGAL AFFAIRS
1201 K Street, Suite 800
Sacramento, California 95814-3933
Telephone: (916) 444-5532
awagnon@cmadocs.org
jcachuela@cmadocs.org
lmartin@cmadocs.org

Attorney for Amicus Curiae
CALIFORNIA MEDICAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ACADEMY OF EMERGENCY MEDICINE PHYSICIAN GROUP, INC., a Wisconsin Corporation,<br><br>Plaintiff,<br><br>vs,<br><br>ENVISION HEALTHCARE CORPORATION; a Delaware Corporation; ENVISION PHYSICIAN SERVICES LLC; a Delaware Limited Liability Corporation doing business in California,<br><br>Defendants. | Case No. 22-cv-421-CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION BY CALIFORNIA MEDICAL ASSOCIATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**<br><br>Date:        April 28, 2022<br>Time:       10:00 am<br>Courtroom: 6, 17th Floor<br>Judge:       Hon. Charles R. Breyer |

Upon consideration of the Motion of the California Medical Association ("CMA") for Administrative Relief for Leave to File Amicus Curiae Brief, and the entire record herein, it is hereby:

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that the Brief of CMA as Amicus Curiae is deemed to have been filed and served via CM/ECF on the date of this Order.

Dated:

                                        Hon. Charles R. Breyer
                                        U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on March 25, 2022. I further certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 25th day of March, 2022.

*/s/ Lance M. Martin*
Lance M. Martin