Thomas Ryan (SBN 143148)
tryan@mwe.com
Jason Strabo (SBN 246426)
jstrabo@mwe.com
Irene Le (SBN 325503)
ile@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:	1 310 277 4110
Facsimile:	1 310 277 4730

Attorneys for Defendants
ENVISION HEALTHCARE CORPORATION
AND ENVISION PHYSICIAN SERVICES, L.L.C.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| AMERICAN ACADEMY OF EMERGENCY MEDICINE PHYSICIAN GROUP, INC., a Wisconsin Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENVISION HEALTHCARE CORPORATION; a Delaware Corporation; ENVISION PHYSICIAN SERVICES L.L.C.; a Delaware Limited Liability corporation doing business in California and DOES 1-100,<br><br>Defendants. | CASE NO. 3:22-cv-00421-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>[Declaration of Jason D. Strabo lodged concurrently herewith]<br><br>Judge: Hon. Charles R. Breyer<br><br>Complaint Filed:  December 20, 2021<br>FAC Filed: February 18, 2022 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(b), Plaintiff American Academy of Emergency Medicine Physician Group, Inc. ("Plaintiff") and Defendants Envision Healthcare Corporation and Envision Physician Services LLC ("Defendants") collectively (the "Parties"), by and through their undersigned counsel of record, hereby stipulate with respect to Defendants' time to respond to the First Amended Complaint up to and including June 24, 2022, as follows:

WHEREAS, on December 20, 2021, Plaintiff filed its original Complaint in state court;

WHEREAS, on January 21, 2022, Defendants removed this case to this Court [Dkt. 1], and on January 28, 2022, filed a Motion to Dismiss [Dkt. 11];

WHEREAS, on February 18, 2022, Plaintiff filed its First Amended Complaint [Dkt. 18];

WHEREAS, on March 4, 2022, Defendants filed their Motion to Dismiss the First Amended Complaint [Dkt. 23];

WHEREAS, on May 27, 2022, this Court denied Defendants' Motion to Dismiss [Dkt. 47];

WHEREAS, on June 1, 2022, this Court entered an order referring the above-entitled case to Magistrate Judge Sallie Kim for settlement [Dkts. 48 & 50];

WHEREAS a scheduling conference for settlement conference is set for June 8, 2022 [Dkt. 50];

WHEREAS, a Joint Case Management Statement is due by October 14, 2022, for the Initial Case Management Conference set for October 21, 2022 [Dkt. 49];

WHEREAS, there are no additional dates or deadlines set;

WHEREAS, Plaintiff has agreed to a two-week extension for Defendants to respond to the First Amended Complaint [Dkt. 18] up to an including June 24, 2022;

WHEREAS, the Parties have not previously requested any extensions, the Parties do not enter into this Stipulation for the purpose of delay, and the Court has not yet scheduled any other pre-trial

- 1 -   JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FAC
CASE NO. 3:22-CV-00421-CRB

or trial dates;

WHEREAS, no party will be prejudiced by the stipulated-to extension;

NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. The date for Defendants to respond to Plaintiff's First Amended Complaint [Dkt. 18] has been extended from June 10, 2022, up to and including June 24, 2022.

2. Nothing in this Stipulation shall be construed as a waiver of any Party's rights or positions in law or equity, or as a waiver of any defenses.

**IT IS SO STIPULATED.**

Dated: June 3, 2022              **MCDERMOTT WILL & EMERY LLP**

By:  */s/ Jason D. Strabo*
     JASON D. STRABO
     Attorneys for Defendants


**MILLSTEIN FELLNER LLP**

By:  */s/ Gerald S. Richelson*
     GERALD S. RICHELSON
     Attorneys for Plaintiff

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

I, Jason D. Strabo, attest that concurrence in the filing of this Stipulation to Extend Time to Respond to the First Amended Complaint has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 3rd day of June 2022, in Los Angeles California.

_____
Jason D. Strabo

- 3 -   JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FAC
CASE NO. 3:22-CV-00421-CRB

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  DATED:      June _7_, 2022

```
                                    _____
                                    HONORABLE CHARLES R. BREYER
                                    United States District Judge
```