✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

AMERICAN ACADEMY OF EMERGENCY MEDI
Plaintiff (s),
V.
ENVISION HEALTHCARE CORPORATION, et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:22-cv-00421-CRB

Notice is hereby given that, subject to approval by the court, AMERICAN ACADEMY OF EMERGE substitutes (Party (s) Name)

David Millstein of Millstein & Associates , State Bar No. 87878 as counsel of record in
(Name of New Attorney)

place of David Millstein of Millstein Fellner LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Millstein & Associates
Address: 100 The Embarcadero, Penthouse
Telephone: (415) 348-0348    Facsimile (415) 348-0336
E-Mail (Optional): dmillstein@millstein-law.com

I consent to the above substitution.
Date: 2/5/2024

DocuSigned by: Robert McNamara
R McNamara MD
45185C863E324CF...
(Signature of Party (s))

I consent to being substituted.
Date: 1/29/2024

DocuSigned by: David Millstein
David Millstein
BFEC1B45B8384A1...
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/29/2024

DocuSigned by:
David Millstein
BFEC1B45B8384A1...
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 19, 2024

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]