✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN  District of  CALIFORNIA

AMERICAN ACADEMY OF EMERGENCY MEDI
　　　　　　　　　Plaintiff (s),

V.

ENVISION HEALTHCARE CORPORATION, et al.
　　　　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:22-cv-00421-CRB

Notice is hereby given that, subject to approval by the court, __AMERICAN ACADEMY OF EMERGE__ substitutes
(Party (s) Name)

__Gerald S. Richelson of Millstein & Associates__ , State Bar No. __267705__ as counsel of record in
(Name of New Attorney)

place of __Gerald S. Richelson of Millstein Fellner LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　Millstein & Associates
　　Address:　　　　100 The Embarcadero, Penthouse
　　Telephone:　　　(415) 348-0348　　　　Facsimile　(415) 348-0336
　　E-Mail (Optional):　grichelson@millsteinfellner.com

I consent to the above substitution.

Date: 2/5/2024

Robert McNamara
(DocuSigned by: R McNamara MD — 45185C863E324CE)
(Signature of Party (s))

I consent to being substituted.

Date: 1/29/2024

Gerald Richelson
(DocuSigned by: David Millstein — BFEC1B45B8384A1)
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/29/2024

(DocuSigned by: David Millstein — BFEC1B45B8384A1...)
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 19, 2024

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]