David J. Millstein (SBN 87878)
dmillstein@millstein-law.com
Gerald S. Richelson (SBN 267705)
grichelson@millstein-law.com
**MILLSTEIN AND ASSOCIATES P.C.**
100 The Embarcadero, Penthouse
San Francisco, CA 94105
Telephone:     1 415 348 0348
Facsimile:     1 415 348 0336
Attorneys for Plaintiff
AMERICAN ACADEMY OF EMERGENCY
MEDICINE PHYSICIAN GROUP, INC.

Thomas Ryan (SBN 143148)
tryan@mwe.com
Jason Strabo (SBN 246426)
jstrabo@mwe.com
Irene Azcarraga (SBN 325503)
Ile@mwe.com
Erica Lang (SBN 340330)
elang@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     1 310 277 4110
Facsimile:     1 310 277 4730
Attorneys for Defendants
ENVISION HEALTHCARE CORPORATION
AND ENVISION PHYSICIAN SERVICES,
L.L.C.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| AMERICAN ACADEMY OF EMERGENCY MEDICINE PHYSICIAN GROUP, INC., a Wisconsin Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ENVISION HEALTHCARE CORPORATION; a Delaware Corporation; ENVISION PHYSICIAN SERVICES L.L.C.; a Delaware Limited Liability corporation doing business in California and DOES 1-100,<br>          Defendants. | CASE NO. 3:22-cv-00421-CRB<br>Judge: Hon. Charles R. Breyer<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**<br><br>Complaint Filed:  December 20, 2021<br>FAC Filed:        February 18, 2022 |

Plaintiff American Academy of Emergency Medicine Physician Group, Inc. and Defendants Envision Healthcare Corporation and Envision Physician Services, LLC, by and through their counsel of record, hereby stipulate that Plaintiff's claims in the above-captioned case shall be voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each Party shall bear its own fees and costs.

Dated: July 23, 2024          **MILLSTEIN AND ASSOCIATES P.C.**

By:   */s/ David J. Millstein*
      DAVID J. MILLSTEIN
      Attorneys for Plaintiff
      AMERICAN ACADEMY OF EMERGENCY
      MEDICINE PHYSICIAN GROUP, INC.

Dated: July 23, 2024          **McDERMOTT WILL & EMERY LLP**

By:   */s/ Thomas A. Ryan*
      THOMAS A. RYAN
      Attorneys for Defendants
      ENVISION HEALTHCARE CORPORATION
      AND ENVISION PHYSICIAN SERVICES, L.L.C.